MUHLMEYER v. H. KOEHLER & CO.

(Supreme Court, Appellate Term. June 28, 1906.)

MASTER AND SERVANT—DEFECTIVE APPLIANCES—NEGLIGENCE—EVIDENCE.

Where the complaint in an action for injuries to a servant through negligence alleged that certain set screws in defendant's beer keg elevator had become defective, causing the chain to loosen and permit a keg to fall on plaintiff, injuring him, but the evidence showed that the screws were rigid, and so rusty that they were hard to move, so that their condition in no way contributed to the accident, and that the elevator had worked properly, the chain being taut up to almost the very instant the accident occurred, their looseness developing suddenly and without apparent cause, no negligence could be imputed to defendant.

Appeal from City Court of New York, Trial Term.

Action by Louis Muhlmeyer against H. Koehler & Co. Judgment for plaintiff, and defendant appeals. Reversed.

Argued before GILDERSLEEVE, LEVENTRITT, and Mc-CALL, JJ.

Frank V. Johnson, for appellant.
Otto Horwitz, for respondent.

PER CURIAM. By reason of the slackening of the chains in an elevator used by the defendant to hoist kegs of beer, one of the kegs fell upon the plaintiff's hand, causing the injury for which he recovered a judgment herein. The defect alleged is that certain set screws used to take up the slack of the chain had become defective and out of order, which caused the chain to loosen, and permit the keg of beer to fall. There is, however, no evidence to support this claim. The testimony,

on the contrary, shows that the screws were rigid, and so rusty that they were hard to move, thus showing that their condition in no way contributed to the accident.    The elevator had worked properly and the chains were taut up to almost the very instant the accident occurred, and the looseness of the chains developed suddenly and without apparent or shown cause.    Under such circumstances, no negligence can be imputed to the defendant.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.